UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ALLISON MENDENHALL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-05436-MLP<br><br><br>ORDER |

Based on the Stipulated Motion to Remand for Further Administrative Proceedings pursuant to 42 U.S.C. § 405(g) (sentence four) and good cause shown, it is hereby **ORDERED** as follows:

1. This matter is reversed and remanded under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings with respect to Plaintiff Allison Mendenhall's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. Upon remand, the agency shall do as follows:

    a. As this case was previously remanded to the same Administrative Law Judge, the Appeals Council will direct that, upon remand, this case be assigned to another Administrative Law Judge.

Page 1     ORDER - [3:21-CV-05436-MLP]

  b. Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain evidence from one or more medical experts to clarify the nature, severity, and effects of the claimant's impairments; reevaluate the claimant's alleged symptoms; as warranted, reevaluate the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform her past relevant work and other work in the national economy; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

3. Plaintiff may petition the Court for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

DATED this 18th day of January, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov